UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALESCO FINANCIAL, INC., etc.,

    Plaintiff,

v.                                                                  No.3:07-cv-32-J-12HTS

ANTHONY R. PORTER, et. al.,

    Defendants.

## ORDER

This cause is before the Court on the Plaintiff Alesco Financial, Inc.'s Motion for Summary Judgment (Doc.17), filed March 2, 2007. As of the date of this Order, the Defendants have not filed a response in opposition to the motion.[1]

Federal Rule of Civil Procedure 56(e) states:

> When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse party's pleading, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing there is a genuine issue for trial. If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

See also, Adickes v. SH. Kress & Co., 398 U.S. 144, 157 (1970). Not only have the Defendants failed to file a response to the Motion for Summary Judgment, but in their Response to Motion to Confirm Arbitration Award (Doc.14), they have admitted almost all

---

[1] In its Unopposed Motion to Excuse Filing of Case Management Report (Doc. 18), the Plaintiff stated that counsel for the Defendants advised him that they would not be filing a response in opposition to the Motion for Summary Judgment.

of the allegations in Plaintiff's Motion to Confirm Arbitration Award (Doc.1).[2]

Upon review of the Plaintiff's Motion for Summary Judgment (Doc.17) and the record in this case, the Court finds that the undisputed facts demonstrate that Plaintiff is entitled to judgment as a matter of law. Accordingly, it is

**ORDERED AND ADJUDGED:**

1) That Plaintiff Alesco Financial, Inc.'s Motion for Summary Judgment (Doc.17) is granted; and

2) That the Clerk shall enter Judgment on the Award of Arbitrators in favor of the Plaintiff and against the Defendants in the amount of $13,060,614.63, together with prejudgment interest from December 27, 2006, calculated at the rate of nine percent (9%) per annum, in accordance with the "Award" section, Paragraphs 1-4 on unnumbered pages 7-8 of the Award of Arbitrators, with costs to be assessed according to law, and shall close the case.

**DONE AND ORDERED** this 28th. day of March 2007.

*Howell W. Melton*
Senior United States District Judge

Copies to:
Counsel of Record

---

[2] The Defendants denied for lack of knowledge part of ¶ 2 (Plaintiff's principal place of business), ¶ 9 (existence of diversity), and part of ¶10 (circumstances of Plaintiff's acquisition of the loan). They denied ¶ 18 containing quoted portions of agreements between the parties on the basis that such agreements speak for themselves and ¶ 19 asserting that the loan matured without payment from them. The Defendants admitted all other allegations contained in the Motion to Confirm Arbitration Award (Doc.1), including all of the allegations in ¶¶ 20-26 concerning the Arbitration Award.