UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALESCO FINANCIAL, INC., etc.,

    Plaintiff,

v.                                           No.3:07-cv-32-J-12HTS

ANTHONY R. PORTER, et. al.,

    Defendants.

---

## O R D E R

This case was closed upon entry of Judgment for the Plaintiff (Doc.21) and currently pending before the Court are Judgment Creditor Alesco Financial Inc.'s Motion for Charging Lien Directed to the Judgment Debtors Richard L. Amelung, Frank A. Amelung and Eugenia M. Amelung (Doc.25) and Judgment Creditor Alesco Financial Inc.'s First Motion for Proceedings Supplementary and for Interpleader of Third Parties (Doc.26), both filed on June 29, 2007. On July 17, 2007, Plaintiff filed a Notice of Suggestion of Bankruptcy, informing the Court that on July 13, 2007, Judgment Debtors Richard L. Amelung, Frank A. Amelung, and Eugenia M. Amelung (the Amelungs) filed voluntary petitions under Chapter 7 of the United States Bankruptcy Code. On that same date and on July 18, 2007, the Amelungs also filed suggestions of bankruptcy (Docs. 30-32) providing the Court with the same information. Upon review of the matter, it is

**ORDERED AND ADJUDGED:**

1. That proceedings regarding Judgment Creditor Alesco Financial Inc.'s Motion for Charging Lien Directed to the Judgment Debtors Richard L. Amelung, Frank A. Amelung and Eugenia M. Amelung (Doc.25) and Judgment Creditor Alesco Financial Inc.'s First Motion for Proceedings Supplementary and for Interpleader of Third Parties (Doc.26),

and all other proceedings concerning Judgment Debtors Richard L. Amelung, Frank A. Amelung and Eugenia M. Amelung, are hereby stayed pending the proceedings in the United States Bankruptcy Court for the Southern District of Florida; and

2. That upon completion of the bankruptcy proceedings concerning Judgment Debtors Richard L. Amelung, Frank A. Amelung and Eugenia M. Amelung, the Judgment Creditor Alesco Financial Inc. shall promptly file a motion to lift the stay, a notice indicating that the pending matters may be terminated, or such other submission as it deems appropriate.

**DONE AND ORDERED** this ___19TH___ day of July 2007.

Howell W. Melton
Senior United States District Judge

c: Counsel of Record